```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lynk Media, LLC,

                  Plaintiff,

    -against-

Newsweek Digital LLC,

                  Defendant.

1:23-cv-07928 (PAE) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

On January 31, 2024, the parties shall submit a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:    New York, New York
            October 30, 2023

_____
STEWART D. AARON
United States Magistrate Judge