

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 28, 2023

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Lynk Media, LLC v. Newsweek Digital LLC,</u> 1:23-cv-07928-PAE-SDA

Dear Judge Engelmayer:

    We represent Plaintiff Lynk Media, LLC in the above-captioned case and write to respectfully request a 30-day extension of time to file dismissal papers or otherwise re-open the case.

(1) the original deadline is January 5, 2024 [Dkt. No. 27] and the proposed new deadline is February 4, 2024.

(2) there have been no previous requests for an extension of this deadline.

(3) No previous requests have been granted or denied

(4) the parties respectfully request an extension in an effort to consummate their settlement agreement without judicial intervention.

(5) Counsel for Defendant consents to the request.

(6) No other scheduled dates will be impacted by this request.

Respectfully Submitted,

s/ *James H Freeman* /
James H. Freeman

*Counsel for Plaintiff*

Dated: December 28, 2023

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge